**Order entered February 18, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01049-CV

## IN RE ALEXANDER GUEVARA AND JOSE ALFREDO GUEVARA, Relators

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05364-D**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    LANA MYERS
       JUSTICE